**Francesca Freccero, #96287**
**Office of the Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**francesca_freccero@fd.org**

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:18-cr-00638-BR-1 |
| Plaintiff, | |
| v. | NOTICE OF WITHDRAWAL OF COUNSEL |
| **NICHOLAS JAMES STACY,** | |
| Defendant. | |

Please be advised that Assistant Federal Public Defender Francesca Freccero is no longer an attorney of record in the above-captioned case. Please withdraw Ms. Freccero from further service and electronic notices in this case.

Respectfully submitted this 29th day of October, 2020.

      /s/ Francesca Freccero
Francesca Freccero
Attorney for Defendant

Page 1   NOTICE OF WITHDRAWAL OF COUNSEL